# CHANCERY SENTINEL.

C. F. Paul, Publisher.]     $1.00 per annum.     [O. L. Barbour, Reporter

Vol. 6.]     Saratoga Springs, August 24, 1846.     [No. 5.

## Court of Chancery.

## DECISIONS OF THE CHANCELLOR,
### AUGUST 24, 1846.

*Thomas J. Baldwin* v. *Martha Baldwin.* J. S. Frost, for complainant. Decree for divorce, with costs to be paid out of separate estate of the defendant.

*In the matter of George C. Sharp, an habitual drunkard.* Olin & White, for petitioner. Order authorizing committee to pay solicitors of petitioner $66,47 in full of all costs.

*Alric Hubbell et al* v. *Hiram Carpenter.* E. J. Richardson, for complainants; H. Carpenter, in person. Order for an attachment for violation of injunction. Defendant to be held to be held to bail in the sum of $250.

*Abraham Van Vechten* v. *the Canajoharie and Cattskill Rail-Road Co.* J. Rhoades, for receiver; W. A. Beach, for claimants, Stannard and Hays. Application by receivers to compel Stannard and Hays to pay the expenses of the reference of a claim made against the fund in the hands of such receiver. Decree in favor of receiver, for his taxable costs upon the claim of the claimants which was disallowed by the referees; including the costs of the receiver upon this application.

*The same* v. *The same.* J. Rhoades, for receiver; W. A. Beach, for claimant. A similar application for costs, on a claim

4